Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the
Eastern District of California
Sacramento Division

| | |
|---|---|
| Andre Bautista, Andre Bauth )<br>Plaintiff(s)<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br><br>International Movie Data Base (I.M.D.B) )<br>Defendant(s)<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 2:19-cv-0123 TLN AC (PS)<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: (check one) ☒ Yes ☐ No<br><br>**FILED**<br>Jan 18, 2019<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I.  The Parties to This Complaint

   A.  The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Andre Bautista (Stage name: Andre Bauth)
   Street Address: Mulecreek State Prison, Bldg D16-D205-4L
   City and County: P.O. Box 409089, Ione, Amador
   State and Zip Code: California 95640
   Telephone Number: N/A
   E-mail Address: andrebauth.innocent@hotmail.com

   B.  The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

**Defendant No. 1**

- Name: International Movie Data Base (I.M.D.B.)
- Job or Title (if known): Company - Corporation
- Street Address: 410 Perry Av - North
- City and County: Seattle
- State and Zip Code: Washington - 98109 - 5210
- Telephone Number: 206-2'6640
- E-mail Address (if known): www.imdb.com

**Defendant No. 2**

- Name: Amazon Inc.
- Job or Title (if known): Corporation
- Street Address: 3334 N. San Fernando Rd
- City and County: Los Angeles
- State and Zip Code: California - 90065
- Telephone Number: N/A
- E-mail Address (if known): www.amazon.com

**Defendant No. 3**

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4**

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

A. **The Plaintiff(s)**

1. If the plaintiff is an individual
   The plaintiff, (name) __Andre Bautista (Andre Bauth)__, is a citizen of the State of (name) __California__.

2. If the plaintiff is a corporation
   The plaintiff, (name) _____, is incorporated under the laws of the State of (name) _____,
   and has its principal place of business in the State of (name) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

B. **The Defendant(s)**

1. If the defendant is an individual
   The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation
   The defendant, (name) __International Movie DataBase (I.M.D.B)__ is incorporated under the laws of the State of (name) __Washington__, and has its principal place of business in the State of (name) __California / Online__.
   Or is incorporated under the laws of (foreign nation) __United States__
   and has its principal place of business in (name) __Online www.imdb.com__.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

C. **The Amount in Controversy**

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain):

# Attachment 1

Additional Defendant: (name): Amazon Inc. is incorporated under the Laws of the State of (name): Unknown, and has its principal place of business in the State of (name): Online  Or is incorporated under the Laws of (foreign nation): N/A, and has its principal place of business in (name): Online www.amazon.com.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

<u>The damages to the reputation (Libel perse) are 1,000,000.</u>

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On (date) **Sept. 8/15**, at (place) **3136 Laurel Canyon Blvd, Studio City, CA 91604**, the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because (describe the acts or failures to act and why they were negligent)

Plaintiff had a fight in his house, which he got convicted for attempted murder and use of a deadly weapon in March/2017. Defendant published in their website that plaintiff murdered the alleged victim. Plaintiff did not murdered anyone. Defendant had the information of the case and instead, decided to recklessly, intentionally and negligently published defamatory information that caused Plaintiff's emotional distress and lost of reputation worldwide. International Movie Data Base (IMOB) is the most important website for an Artist.

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by (explain)

Defamated - Libel - False Information that caused Emotional Distress to Plaintiff.

- Plaintiff is still challenging the Conviction of that case, Plaintiff never pled guilty to the charges, Plaintiff lost at trial and a Habeas Corpus has been filed

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Libel Perse - Plaintiff is asking the Court for a judgment of $1,000,000 (Defamation and International Damage to Plaintiff's Image and causing emotional Distress)
[Plaintiff did not kill anyone] Plaintiff is not a Murderer as International Movie Data Base (I.M.O.B) stated in their website www.imdb.com/Andre Bauth/Biography

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/7/19

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Andre Bautista

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

# EXHIBIT "A"

Source: www.imdb.com
www.imdbpro.com

03/05/2018

Andre Bauth

## Biography

Andre Bauth  EMMY WINNER 2015, Colombian Actor and Producer was born in Bucaramanga, Colombia. He started his acting career working in Colombian Television(2001 to 2006), and he opened his own theater Company for 2 years until he decided to break in the big leagues, Hollywood. He arrived in Miami,2006. As soon as he arrived, he got cast in a Mexican Soap opera for Televisa, but soon enough he moved to Los Angeles to do what he knows best, Act in Films. Andre has participate in over 45 productions(2007-2015)recently on The Bridge FX(2014) and Producing/Acting on El Landlord(2015), Andre Bauth Won 3 awards,Cine Sin Fin Film Festival (Best Lead Actor-2008), The Indie Fest(Best Lead Actor-2012)and Daytime Emmy Award as Producer-2015). He is a declared murderer, and will be convicted to 13 years from 2017.

Follow IMDb on

oCIB4RDShExOzgdk-YEJoN-GK%0D%0Awq-D_u2AdrJA7u-

%0D%0A&ref_=m_fol_fb) (/offsite/?page-action=fol_tw&token=BCYrVmtPt-

DEzVp8YCNpApHNR9JH8gzafgsarWhm2omsydWqhAuORcOEs36eeFC_iJgdL-

age-action=fol_inst&token=BCYvErv4⊗.GdtLEW5IW5OcDq-XlUhyynknAjLVY-



LoUye1l%0D%0AOeEdGk1ony_Yc7l7jWD-

View IMDb full site

Help & Terms

© 1990-2018 by IMDb.com, Inc.

http://m.imdb.com/name/nm1872447/bio?ref_=m_nn_ov_bio

1/10/18, 11:15 PM
Page 1 of 2

Doc# 1 Page# 10 - Doc ID = 1730042100 - Doc Type = COMPLAINT-PERS. INJURY

# EXHIBIT (A-1) IMDB Andre Bauth Account
[Active Account → From 2004 to Now]
2019

| IMDb | Find Movies, TV shows, Celebrities and more... | | | | PRO | Help |

Movies, TV & Showtimes | Celebs, Events & Photos | News & Community | Watchlist | Login

## Andre Bauth
### Biography

Edit

Showing all 8 items

Jump to: Overview (3) | Mini Bio (1) | Trade Mark (1) | Personal Quotes (1)

### Overview (3)

| | |
|---|---|
| Date of Birth | 12 October 1978, Bucaramanga, Colombia |
| Birth Name | Andre Gustavo Bautista Salamanca |
| Nickname | Andre Bauth |

### Mini Bio (1)

Andre Bauth, EMMY WINNER 2015, Colombian Actor and Producer was born in Bucaramanga, Colombia. He started his acting career working in Colombian Television (2001 to 2006), and he opened his own theater Company for 2 years until he decided to break in the big leagues, Hollywood. He arrived in Miami, 2006. As soon as he arrived, he got cast in a Mexican Soap opera for Televisa, but soon enough he moved to Los Angeles to do what he knows best, Act in Films. Andre has participate in over 45 productions (2007-2015) recently on The Bridge FX (2014) and Producing/Acting on El Landlord (2015), Andre Bauth Won 3 awards, Cine Sin Fin Film Festival (Best Lead Actor-2008), The Indie Fest (Best Lead Actor-2012) and Daytime Emmy Award as Producer-2015).

- IMDb Mini Biography By: PR Company

### Trade Mark (1)

Andre Bauth Daytime Emmy Winner Producer.

### Personal Quotes (1)

Andre Bauth won a daytime Emmy as a Producer for Outstanding Drama Series New Approach, The Bay! 2 more awards as Lead Actor and 3 nominations, on the right pad to success.

**Andre Bauth**

**Personal Details**
Biography
Other Works
Publicity Listings
Official Sites
Contact Info (IMDbPro)

**Explore More**

**Share** this page:

Like  878 people like this. Sign Up to see what your friends like.

### See also

Other Works | Publicity Listings | Official Sites | Contact Info

### Contribute to This Page

Getting Started   Contributor Zone »

Edit page

### Recently Viewed

Manage your history



**IMDb Everywhere**

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site

An                company.

**Follow IMDb on**

| Home | Contact Us | IMDbPro |
|---|---|---|
| Top 250 | Message Boards | Box Office Mojo |
| Top Movies | Register | Withoutabox |
| TV | News | |
| Coming Soon | | Conditions of Use |
| Site Index | Press Room | Privacy Policy |
| Search | Advertising | Interest-Based Ads |
| In Theaters | Jobs | |

Copyright © 1990-2015 IMDb.com, Inc.

**Amazon Affiliates**

| Amazon Instant Video Watch Movies & TV Online | Prime Instant Video Unlimited Streaming of Movies & TV | Amazon Germany Buy Movies on DVD & Blu-ray | Amazon Italy Buy Movies on DVD & Blu-ray | Amazon France Buy Movies on DVD & Blu-ray | Amazon India Buy Movie and TV Show DVDs | DPReview Digital Photography | Audible Download Audio Books |

"Plaintiff's Good Name and Previous Publications which statements are true. 'HOLLYWOOD WEEKLY MAGAZINE, 2013 December.

# EXHIBIT "B"





## THE BIZ

## ANDRE BAUTH

The actor, producer and acting school owner... all that's left is the Oscar-win. For most full-time actors, housing over 25 people who have come to Hollywood to follow their dreams is not on the agenda. But Andre is not like anyone else in Tinseltown. His roots are deeply seated in the rich history and even richer beauty of Columbia. A man of great ambition and equally talented acting abilities, Andre has created an ingenious acting school that is delivered to multiple cities in Columbia through on-line virtual coaching. The mastermind realized that having an virtual school would allow for acting students throughout the world to have the advantage of top-rate coaching from American teachers. So far, the response has been tremendous. This is a dream come true for would-be actors everywhere.

As for Andre, well, he's an actor who is busy producing three productions, two are feature films. And he's acting in them all.

"My main goal of course is that I'm going to have the lead role in one of the productions I'm doing, and to make people in Hollywood know me as an actor." A bit humble perhaps, but people already "know Andre" in Hollywood. It's difficult to ignore his ruggedly sexy looks. Plus, his vision for having more filming done in Columbia is just another example of his bright future. www.facebook.com/andre.bauth

20 HOLLYWOOD WEEKLY

# ANDRE BAUTH

interview by
Ariella Vaystukh



It's a chilly December afternoon in Beverly Hills when Andre Bauth walks in and greets us, pours himself a cup of coffee, and takes a seat by the window. As I prepare to conduct the interview with the young entrepreneur and owner of AAG (Artist Advantage Group) and Bauth Studios, I observe a genuine, humble, and lighthearted energy that is truly rare to find amongst many of his status. Within the past decade, Bauth has started his own acting school, made a presence in countless films and television series, and is now in the works of producing and acting in his first two feature films. He calls himself a dreamer, and he strives each day to make his dreams a reality.

Andre Bauth manifests his incredible passion for acting in everything that he does, while possessing the wisdom and integrity of a true role model. Having arrived in this country seven years ago with only thirteen dollars in his pocket, Andre has fought with endless ambition to achieve his dreams and aspirations in life. As he strives to reach out and create a world of opportunity for people like himself, Andre Bauth continues to be an inspiration for many. The following is an exclusive interview between Hollywood Weekly and Mr. Bauth.

> "Acting is a sort of therapy that can save your soul from your own demons."

**HW: You decided to move to Hollywood to further your success as an actor. Why did you choose Los Angeles as opposed to any other place in the world?**
AB: Initially I thought Mexico because I didn't speak English at the time. But then when I wanted to make this change I was already acting in Colombia but wasn't getting the character I wanted to do. The characters I was doing were very soft and didn't have the emotional charge of the story. I was kind of looking for exploring a different world in general. I just packed my stuff and decided Hollywood because I feel like I am very strong in the film industry as an actor. I feel more identified with films more than television or theater. I wanted to do films and this is the best place to be. This is an industry where you can explore every single area of your capacity, of your creativity.

**HW: How did your experiences in acting school influence your approach of teaching when you started AAGA (Artist Advantage Group Academy)?**
AB: I think in every single way because they gave me a lot of good information, not only to become an actor, but to become a successful actor. The discipline that they taught me back there was very strong. If we had that kind of school here, they would be sued a hundred times a day because my acting coach used to hit me. But I think that gave me the strength to not break easily and keep moving. As actors, we deal with a lot of rejection, every day. In the beginning it was difficult because I didn't know how to react to it but I think they gave me the strength to teach people how to overcome rejection. Experimenting with acting classes in Colombia made me interested in teaching people what they can do. I feel that acting is a lifesaver. You don't only become an actor when you study acting; you grow as a person internally. You drain all the bad things you have inside because you use that for your characters. At some point, the repetition of using your own emotions for the characters makes you stop feeling trauma. I learned all these things in school back there so I wanted to teach people. In my acting school in Colombia, I had one student who was about to commit suicide. He started studying in the school and he is always telling me, "Thanks so much for saving my life." The way I see it, acting is therapy. I don't teach the classes, but every acting coach that I hire to teach at my school knows that the most important thing is to create better humans.

**HW: You grew up in Colombia and lived there throughout most of your life. How important is it for you to incorporate Columbian culture into your films?**
AB: I want to sell Colombia's image and show a face of Colombia for the film industry. Before Colombia was only associated with cocaine but now people see another face -- Sofia Vergara, Shakira, the soccer team. Colombia is now the biggest industry in the Spanish television market. The best way to sell Colombia's image is to show what can be found there. It's not 100% important for me to mention Colombia in all my films. But I think the most important thing is to make people see Colombia as "Colombi-wood".

# EL LANDLORD

**HW:** It's such an admirable thing when successful individuals give back to their community by providing opportunities better themselves and be successful. Do you plan to open more acting schools around the world?

**AB:** Yes. My main focus is always my acting career because if I am a successful actor then I can have the power to get more people on board into my acting schools. I already opened one in my city in Colombia and I'm going to open another in Bogota. My goal is to open five schools in different cities in Colombia. Right now I am thinking of opening one in Mexico City to make a connection between the schools in Colombia, since we no longer need a Visa to get to Mexico. I want to create a base of one acting school in every single capitol of the world, if possible, with the main base in Los Angeles. I am already talking to someone in Spain about opening on in Madrid. It's going to be the first bilingual acting school that will allow students to experiment with other countries, lifestyles, and other acting career styles because acting is different in every location.

**HW:** How do you like living in Los Angeles? How is the lifestyle here different from what you were used to in Colombia?

**AB:** Here it's so easy to acquire things. In Colombia it's really difficult to set yourself in a comfortable environment. It's difficult to buy a car, if you not rich or aren't born into a rich family it's difficult to become rich. You can do bad things to get rich, or you can work very hard and live decently. In LA I work half as much and make twice as much as I did in Colombia. There is a big difference in regular life. The American system is made to consume. Sometimes I feel guilty because I live very comfortably here and I remember how my relatives are living back there. I become conflicted because I want them to live this.

**HW:** Tell us a little more about your two feature films that you will be producing and acting in with your company AAGF (Artist Advantage Group Films).

**AB:** Basically what I am trying to do is take Hispanic stories but put them in the American reality because I want the world to understand what is going on in our minds fully in their own language. The first one is called "El Landlord". This one is a drama/thriller about a guy, a dreamer who comes to Hollywood for the "American Dream" and ends up becoming a serial killer of bad tenants. He arrived being a good guy who just wanted to make his life better and after dealing with rental situations and tenants trying to take advantage of him, he accidentally kills someone and realizes that he enjoys killing and takes revenge of bad tenants. It has a little bit of every genre, depending on the point of view of whoever is watching. For this movie we have a very nice cast and everyone is very different. We have Adelokumboh M'Cormack, who was in Captain America 2, Battle Los Angeles, Blood Diamond, etc.

The other movie is a little deeper, it's more for Oscar nominations. The name is "The Darkness of Freedom" and it's about a Colombian guerilla who is trying to leave the guerillas and what happens during his adventure to leave this organization. It's the story of a guy who wants to quit a destiny that was forced upon him. I want to show a little bit of the story that we are living in out there. We have an internal war but nobody talks about it. They always talk about the drugs, but the drugs are gone. The internal war is what is killing the country. I want to tell what is untold about the Colombian reality and situation. I feel really good about this character because it's so real and could be anyone. What do you do when you are forced to be someone you are not? If you are a coward, you will stay forever. If you are brave, you will go away.



Doc# 1 Page# 16 - Doc ID = 1730042100 - Doc Type = COMPLAINT-PERS. INJURY

<a>
</a>


**EXHIBIT(C)** Charges of Andre Bautista and Legal Status Summary.

BD1330    BAUTISTA, ANDRE    LEGAL STATUS SUMMARY    Page 1 of 1

**Inmate Name:** BAUTISTA, ANDRE S.
**Facility:** NKSP-Facility D [NKSP-D]
**PC2933 Eligible:** No

**CDC #:** BD1330
**Housing:** D 003 2-235001U
**MCC Eligible:** No

**DOB:** 10/21/1978
**CCRA:** M. Pinollar
**CCI:** E. Ramsey
**PRCS Eligible:** No

You have been committed to the CDCR to serve the following sentences.

### Sentencing Overview
Term Start Date: 05/19/2017
Control Date: 03/26/2026
Time Served: 711 days

Total Term: 13y 0m 0d
Control Date Type: EPRD
Time Remaining: 3229 days

Overall Max Date: 06/11/2028
As of Date: 05/23/2017

### Sentence Structure

| Cmt. | County | Sentence Date | Total Time Imposed | Status | Status Date |
|---|---|---|---|---|---|
| AA | Los Angeles | 03/22/2017 | 13y 0m 0d | Imposed | 03/22/2017 |

### Sentence Components

| Cmp. | Count | County/Case # | Crime (Statute) | Offense | Offense Date | Time Imposed | Relationship to Cmt./Cmp. | Credit Rate | Pre-Snt Credit | Post-Snt Credit | Vested Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 1 | Los Angeles/ LA081744 (Offn. Enhan.) | PC187 2nd(664)[02] (PC12022.7(a)[01]) (PC12022(b)(1)[01]) | Attempted Murder 2nd (Inflict GBI) (Personal Use of Dangerous or Deadly Weapon) | 09/08/2015 | 9y 0m 0d ( 4y 0m 0d ) | | 15%/20% Violent | 636 | 57 | 14 |
| 002 | 2 | Los Angeles/ LA081744 | PC245(a)(1)[01] | Assault with a Deadly Weapon | 09/08/2015 | | Stayed to / | 15%/20% Violent | | | |

COMMENTS:
None

### Legal Mandates

| Cmt./Cmp. | Mandate Type | Begin Date | Due Date | Status |
|---|---|---|---|---|
| AA-001 | Notification Reqd - Violent Felon (PC3058.6) | 05/19/2017 | | Required |

### Deadtime

| Began | Ended | Days | Type |
|---|---|---|---|
| No Rows Found | | | |

### CDCR Credit Received/Lost

| Entry Date | Effective Date | Type | Work Group | Duration (days) | Recd/Lost Days | Reason | Status | Qualifier |
|---|---|---|---|---|---|---|---|---|
| 05/19/2017 | 05/19/2017 | Work Group Change (Generated by IAO) | U - Unclassified | 4 | | External Movement | Applied | |

### Financial Obligation

| Commitment | Court | Case Number | Account Type | Amount Ordered |
|---|---|---|---|---|
| AA | Los Angeles Co. Superior Court - Van Nuys West | LA081744 | Restitution Fine (PC 1202.4) | $10,000.00 |
| AA | Los Angeles Co. Superior Court - Van Nuys West | LA081744 | Restitution Fine (PC 1202.45) | $10,000.00 |

### Active Detainers/Notifications

| Date Placed | Type | Reason | Agency Name | Detainer/Case # | Offense |
|---|---|---|---|---|---|
| 05/23/2017 | Detainer | ICE (Deportation) | ICE - Bakersfield Field Office | A087229935 | ILLEGAL ENTRY |

Legend: (The dates shown above are subject to change.)